# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

147952

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

KIMBERLY L. VROOMAN,
      Plaintiff-Appellee,

v

FORD MOTOR COMPANY,
      Defendant-Appellant.

SC: 147952
COA: 313437
MCAC: 11-000141

_____/

On order of the Court, the application for leave to appeal the October 4, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



t0127

Clerk